*AO 120 (Rev. 08/10)*

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313–1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|---|

| In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the **U.S. District Court for the District of New Jersey** on the following:<br>____ Trademarks or  **X** Patents. ( ____ the patent action involves 35 U.S.C. § 292.) |
|---|

| DOCKET NO.<br>1:21–cv–20148–CPO–SAK | DATE FILED<br>11/23/2021 | U.S. DISTRICT COURT<br>CAMDEN, NJ |
|---|---|---|
| PLAINTIFF<br>BETEIRO, LLC | | DEFENDANT<br>DRAFTKINGS INC. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  9,965,920 | | BETEIRO, LLC, |
| 2  10,043,341 | | BETEIRO, LLC, |
| 3  10,147,266 | | BETEIRO, LLC, |
| 4  10,255,755 | | BETEIRO, LLC |
| 5 | | |

In the above-entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ___ Amendment   ___ Answer   ___ Cross Bill   ___ Other Pleading |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK<br>William T. Walsh | (BY) DEPUTY CLERK<br>s/ Pranav Ramesh | DATE<br>11/23/2021 |
|---|---|---|

**Copy 1**–Upon initiation of action, mail this copy to Director   **Copy 3**–Upon termination of action, mail this copy to Director
**Copy 2**–Upon filing document adding patent(s), mail this copy to Director   **Copy 4**–Case file copy